IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MORRIS WILLIAMS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01100-O-BP |
| | § | |
| **DATA SEARCH COLLECTIONS, INC.,** | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the stipulation (ECF No. 7) is **GRANTED** and Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

Each party shall bear that party's own costs and attorney's fees.

**SO ORDERED** this **15th day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE